SEALED

BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America



FILED

JUN 23 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___JESSEN___
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF Vehicle: Black 2006 Honda S2000 Compact Vehicle bearing California License Plate 7FUJ830 | SW NO. 1:14 SW 00116 GSA<br>**UNDER SEAL**<br>SEALING ORDER |

The United States of America, having applied to this Court, for an Order permitting it to file the tracking warrant, application, and affidavit, in the above-entitled proceedings, together with its Application to Seal, under seal, and good cause appearing thereon,

IT IS HEREBY ORDERED that the tracking warrant, application, and affidavit in the above-entitled proceeding, together with the Application To Seal, shall be filed with the Court under seal and shall not be disclosed pending further order of this court.

DATED: 6/23/14

_____
U.S. MAGISTRATE JUDGE